IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BOBBY TROUTMAN,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:19-CV-30 (MTT) |
| **JEFFERSON CAPITAL SYSTEMS, LLC,** et al, | ) |
| Defendants. | ) |

## SETTLEMENT ORDER

The Court has been advised by counsel that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this 14th day of November, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT