IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BOBBY TROUTMAN, | * |
| Plaintiff, | * |
| v. | Case No.  5:19-cv-00030-MTT |
| | * |
| JEFFERSON CAPITAL SYSTEMS, LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 14, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of November, 2019.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk